IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

UNITED STATES OF AMERICA,

v.

RICHARD KINSEY,

    Defendant.

CASE NO. 5:24-cr-9

**O R D E R**

On December 12, 2024, the parties filed their Joint Status Report. Doc. 31. In that Report, the parties state that Defendant did not file any pretrial motions and that the Defendant intends to plead guilty. The motions hearing scheduled for January 10, 2025 at 10:00 a.m. is cancelled.

**SO ORDERED**, this 13th day of December, 2024.

BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA